Alice MILLIMAN, Appellant, v. STATE of Texas, Appellee.

No. 25197.

Court of Criminal Appeals of Texas.
March 7, 1951.

Rehearing Denied May 9, 1951.

John D. Glass, Tyler, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon her plea of guilty before the court to unlawfully possessing whisky for the purpose of sale, appellant was assessed a fine of $400.

The opinion this day delivered in Tex.Cr. App., 238 S.W.2d 970, against this appellant, is here applicable.

For the reasons there pointed out, the judgment is affirmed.

Opinion approved by the Court

On Appellant's Motion for Rehearing

MORRISON, Judge.

We have examined the record in this case and find that the identical questions are raised herein as are presented in Milliman v. State, Tex.Cr.App., 238 S.W.2d 970.

We feel that the disposition of this cause should control that of the instant case.

Appellant's motion for rehearing is overruled.